IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NOBLE DWAYNE HEMINGWAY-EL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:09CV608 |
| ) | |
| THE CITY OF HIGH POINT, ) | |
| ) | |
| Defendant. ) | |

ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 16, 2012, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss [Doc. #7] is GRANTED and that Plaintiff's Motion to Quash Defendant [sic] Motion to Dismiss [Doc. #11] is DENIED. A Judgment will be entered contemporaneously with this Order.

United States District Judge

Date: May 22, 2012